# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
SKINNER, WILLIAM R                              §          Case No. 12-39774
SKINNER, PATRICIA J                             §
                                                §
                              Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $         , for a total compensation of $       [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee
_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - SKINNER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit A

Case No:        12-39774      CAD   Judge: CAROL A. DOYLE
Case Name:   SKINNER, WILLIAM R
                    SKINNER, PATRICIA J
For Period Ending:  08/02/13

Trustee Name:          Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c):   10/05/12 (f)
341(a) Meeting Date:        11/19/12
Claims Bar Date:             03/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1447 Georgetown Dr. Batavia, IL 60510 FMV based on | 217,000.00 | 0.00 | | 0.00 | FA |
| 2. on persons on persons | 7.00 | 0.00 | | 0.00 | FA |
| 3. Old Second Bank - checking Old Second Bank - checking | 224.00 | 0.00 | | 0.00 | FA |
| 4. Old Second - savings Old Second - savings | 1,060.00 | 0.00 | | 0.00 | FA |
| 5. typical household furniture, appliaces & electroni typical household furniture, appliaces & electronics; 1 year old refrigerator & dish washer; 10 month old personal computer | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. necessary wearing apparel, wedding bands, engageme necessary wearing apparel, wedding bands, engagement ring | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 80 year old mink collar coat, gold & diamond rings 80 year old mink collar coat, gold & diamond rings, string of pearls, misc custume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. tread mill, health rider tread mill, health rider | 200.00 | 0.00 | | 0.00 | FA |
| 9. Pershing Advisor Solutions Rollover IRA Pershing Advisor Solutions Rollover IRA | 90,143.00 | 0.00 | | 0.00 | FA |
| 10. Pershing Advisor Solutions IRA Pershing Advisor Solutions IRA | 20,777.00 | 0.00 | | 0.00 | FA |
| 11. Tax Refund - debtors usually have to pay taxes Tax Refund - debtors usually have to pay taxes | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Ford Fusion, 41,000 miles 2007 Ford Fusion, 41,000 miles | 8,175.00 | 0.00 | | 4,000.00 | FA |
| 13. 2008 Lincoln MKZ, 16,000 miles | 16,900.00 | 0.00 | | 0.00 | FA |

FORM 1 - SKINNER
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 12-39774 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SKINNER, WILLIAM R | | | | Date Filed (f) or Converted (c): | 10/05/12 (f) |
| | SKINNER, PATRICIA J | | | | 341(a) Meeting Date: | 11/19/12 |
| | | | | | Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2008 Lincoln MKZ, 16,000 miles | | | | | |

|  |  |  |  | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $360,486.00 | $0.00 | | $4,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/30/13      Current Projected Date of Final Report (TFR): 08/30/13


/s/    Elizabeth C. Berg, Trustee

_____   Date: 08/02/13

ELIZABETH C. BERG, TRUSTEE

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                     Ver: 16.05c

Page:   1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-39774  -CAD |
| Case Name: | SKINNER, WILLIAM R |
| | SKINNER, PATRICIA J |
| Taxpayer ID No: | *******4855 |
| For Period Ending: | 08/02/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9454  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/12 | 13 | Fifth Third Bank Lexington, Kentucky For William & Patricia Skinner | Buyout Debtor's Vehicles | 1129-000 | 4,000.00 | | 4,000.00 |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 3.31 | 3,996.69 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE SUITE 300 BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,986.69 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 10.00 | 3,976.69 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 23.31 | 3,976.69 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 23.31 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 23.31 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9454 | 4,000.00 | 23.31 | 3,976.69 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,000.00 | 23.31 | 3,976.69 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 4,000.00 | 23.31 | |

Page:    2

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-39774 -CAD |
| Case Name: | SKINNER, WILLIAM R |
| | SKINNER, PATRICIA J |
| Taxpayer ID No: | *******4855 |
| For Period Ending: | 08/02/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9454  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *********9454

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 16.05c

LFORM24

| | | EXHIBIT C - SKINNER | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 02, 2013 |

Case Number:   12-39774

Claim Class Sequence

Debtor Name:   SKINNER, WILLIAM R

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago  IL  60603 | Administrative | | $750.00 | $0.00 | $750.00 |
| 001 3110-00 | Baldi Berg & Wallace, LLC 19 S. LaSalle St. #1500 Chicago  IL  60603 | Administrative | | $835.50 | $0.00 | $835.50 |
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Administrative | | $3.31 | $3.31 | $0.00 |
| 000001 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $14,480.68 | $0.00 | $14,480.68 |
| 000002 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $750.00 | $0.00 | $750.00 |
| 000003 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $9,766.61 | $0.00 | $9,766.61 |
| 000004 070 7100-00 | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | Unsecured | | $269.14 | $0.00 | $269.14 |
| 000005 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,529.77 | $0.00 | $1,529.77 |
| 000006 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $21,001.27 | $0.00 | $21,001.27 |
| 000007 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $5,253.52 | $0.00 | $5,253.52 |

Page 2

EXHIBIT C - SKINNER
ANALYSIS OF CLAIMS REGISTER

Date: August 02, 2013

Case Number:   12-39774
Debtor Name:   SKINNER, WILLIAM R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $3,854.81 | $0.00 | $3,854.81 |
| 000009 070 7100-00 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $3,232.58 | $0.00 | $3,232.58 |
| 000010 070 7100-00 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,341.75 | $0.00 | $1,341.75 |
| 000011 070 7100-00 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $2,598.34 | $0.00 | $2,598.34 |
| | Case Totals: | | | $65,667.28 | $3.31 | $65,663.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-39774
Case Name: SKINNER, WILLIAM R
        SKINNER, PATRICIA J
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000004 | Von Maur | $ | $ | $ |
| 000005 | GE Capital Retail Bank | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000009 | Portfolio Investments II LLC | $ | $ | $ |
| 000010 | Portfolio Investments II LLC | $ | $ | $ |
| 000011 | Portfolio Investments II LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                        $_____

 

 

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE