UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 12-39774 |
| William & Patricia Skinner, ) | |
| ) | Honorable Carol A. Doyle |
| ) | (Kane County) |
| Debtors. ) | Hearing Date: September 5, 2013 |
| ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:   October 5, 2012

Period for Which
Compensation is sought:   October 5, 2012 to Close of Case

Amount of Fees sought:   $750.00

Amount of Expense
Reimbursement sought:   $0.00

This is an:   Interim Application ___      Final Application   _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated: August 8, 2013                Elizabeth C. Berg, Trustee of the Estate of
                                      William and Patricia Skinner, Debtors

                                      By:  ____/s/Elizabeth C. Berg, Trustee____
                                              Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| William & Patricia Skinner, ) | Case No. 12-39774 |
| ) | Honorable Carol A. Doyle |
| Debtors. ) | (Kane County) |
| ) | Hearing Date: September 5, 2013 |
| ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of William and Patricia Skinner ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $750.00 as final compensation for services rendered as trustee in this case from October 5, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtor commenced this case on October 5, 2012 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was an interest in a 2007 Ford Fusion with 41,000 miles ("Property").

4. The bar date for filing claims in this case was March 18, 2013.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance and payment of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

### Services Rendered by Trustee

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities and conducted an examination of the Debtor pursuant to Section 341 of the Code; Trustee investigated the value of the Property; Trustee negotiated with the Debtor to purchase the Estate's interest in the Property; upon negotiating acceptable terms for the sale of the Estate's interest in the Property; Trustee directed her counsel to prepare a motion for authority to sell the Property to the Debtor; thereafter, on January 24, 2013, Trustee received authority to sell the Property to the Debtor for a lump sum payment; as a result of these efforts, Trustee recovered gross proceeds of $4,000.00 for the benefit of the Estate's creditors;

    B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    D. Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

    E. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

8. Trustee has collected the sum of $4,000.00 on behalf of the Estate. Trustee has made $13.31 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

10. During the period covered by this Application, Trustee spent 5.9 hours rendering services on behalf of this Estate with a value of $666.50. Trustee estimates that she will spend an additional 2.0 hours rendering services with a value of $500.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,000.00 as follows:

| | |
|---|---|
| 25% of the first $4,000.00 | $1,000.00 |
| Total allowable compensation | $1,000.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to unsecured creditors equal to approximately 3.75% of allowed, timely filed claims. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtor.

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $750.00. This amount

represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

15. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of William and Patricia Skinner requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $750.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from October 5, 2012 through the closing of this case;

B. For such other and further relief as this Court deems appropriate.

Dated: April 30, 2013         Elizabeth C. Berg, as trustee of the estate of
                              William and Patricia Skinner, debtors

                              By:_____/s/_____
                                       Elizabeth C. Berg

Elizabeth C. Berg
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

4

**Trustee's Final Fee Application**

**William and Patrica Skinner, Debtors**
**Case No. 12-39774**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

April 30, 2013
Invoice No: 02210

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:** *Skinner - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/06/2012 | ECB | Confer with Debtor's counsel at courthouse and negotiate settlement of Estate's interest in equity in cars (.1) Email D's counsel to confirm same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 12/06/2012 | ECB | Conduct Debtors' 341 meeting | 0.20<br>$300.00/ hr | $60.00 |
| 12/07/2012 | ECB | Set up matter on trustee database (.2) Confer with counsel re prep of motions to hire and sell right, title and interest in cars back to debtors (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 12/10/2012 | ECB | TC with Debtor's counsel re transfer of title to Credit Union to fund purchase of equity in same | 0.10<br>$300.00/ hr | $30.00 |
| 12/20/2012 | JMM | Request EIN from IRS (.3), Send Email Request to Congressional (.1) | 0.40<br>$125.00/ hr | $50.00 |
| 1/04/2013 | ECB | TC and email to Debtor's counsel's office to confirm receipt of funds from debtor | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**                                                             4/30/2013

Skinner - Trustee Matters                                                        Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/19/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.1); memo to L. West re: same (.1). | 0.20<br>$195.00/ hr | $39.00 |
| 1/30/2013 | JMM | Update TR database to change judge | 0.10<br>$125.00/ hr | $12.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Distribursement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/06/2013 | ECB | Open and verify Feb 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/25/2013 | JMM | Review claims and updated system with information needed to prepare TFR and NFR (.4); Draft Trustee Fee Application (1.1); Prepare Coversheet, proposed order | 2.90<br>$175.00/ hr | $507.50 |

**Baldi Berg & Wallace, Ltd**                                       4/30/2013

Skinner - Trustee Matters                                           Page    3

---

and affidavit (.3); Prepare TFR (.6) and NFR (.2); Review and edit Trustee Final Report Package to UST (.3)

|                    |              |
|--------------------|-------------:|
| Total Fees         | $1,174.00    |
| Total New Charges  | $1,174.00    |
| Previous Balance   | $0.00        |
| Balance Due        | $1,174.00    |

### Timekeeper Summary

| Name               | Hours | Rate     |
|--------------------|-------|----------|
| Elizabeth C Berg   | 0.90  | $300.00  |
| Elizabeth C Berg   | 0.40  | $325.00  |
| Jason M Manola     | 0.70  | $125.00  |
| Jason M Manola     | 3.70  | $175.00  |
| Ricki K Podorovsky | 0.20  | $195.00  |
|                    | 5.90 *(handwritten)* |  |

**Trustee's Final Fee Application**　　　　　　　　　　**William and Patrica Skinner, Debtors**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 12-39774**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| William and Patricia Skinner, | ) | Case No. 12-39774 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on July 29, 2013.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
Commission Expires Nov 1, 2015

Exhibit B