UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| William & Patricia Skinner, | ) | Case No. 12-39774 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: September 5, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:    Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:    January 24, 2013

Period for Which
Compensation is sought:    December 19, 2012 to Close of Case

Amount of Fees sought:    $835.50

Amount of Expense
Reimbursement sought:    $0.00

This is an:    Interim Application __    Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ____-0-____.

Dated: August 8, 2013            Baldi Berg & Wallace, Ltd., Attorneys for Trustee

                    By: ___/s/_____
                        Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-39774 |
| William and Patricia Skinner, | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: September 5, 2013 |
| Debtors. | ) | Hearing Time: 11:15 A.M. |

**Application for Allowance and Payment of
Final Compensation and Reimbursement of Expenses
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of William and Patricia Skinner, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of $835.50 as final compensation for 4.50 hours of legal services rendered to the Trustee from January 24, 2013 through the close of this case. In support thereof, BBW respectfully states as follows:

**Introduction**

1. Debtor(s) commenced this case on October 5, 2012 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was an interest in a 2007 Ford Fusion with 41,000 miles ("Property").

**Retention of BBW**

4. The bar date for filing claims in this case was March 18, 2013.

5. On January 24, 2013 the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BBW as her counsel in this case. A copy of the

order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals that were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg -- Partner
> Ricki K. Podorovsky - Paralegal
> Jason M. Manola -- Paralegal

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal. The services performed by BBW in this case include preparation of Trustee's Motion to Employ Attorneys, Trustee's Motion to Sell the Estate's Interest in Debtor's automobile back to Debtors, and this fee application.

### Compensation Requested

9. BBW has expended a total of 4.50 hours for the services described in paragraph nine above. The total value of and the amount of compensation requested herein for those services are $835.50

10. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

11. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

**Payment of Compensation**

12. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

13. BBW has not previously received or been promised any payments for services rendered in this case.

14. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

15. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

3

### Status of the Case

16. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith. Trustee's final fee application has also been filed concurrently with this Application.

### Financial Condition of the Case

18. Trustee currently has approximately $3,976.69 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BBW in connection with this final fee application, 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

19. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case.

### Trustee's Approval

20. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to BBW final compensation in the amount of $835.50 for actual and necessary professional services rendered to the Trustee from January 24, 2013 through the closing of this case; and

4

      B.    For such other and further relief as this Court deems appropriate.

Dated: July 30, 2013

Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of William and Patricia Skinner, debtors

By: /s/ Elizabeth C. Berg
    Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark St., Suite 200
Chicago, IL 60602
312.726.8150

Case 12-39774   Doc 38   Filed 08/08/13   Entered 08/08/13 15:59:21   Desc Main
Document   Page 7 of 16

Baldi Berg & Wallace
Final Fee Application

William & Patricia Skinner, Debtors
Case No. 12-39774

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    12-39774
                                          )
William R. & Patricia J. Skinner,         )        Chapter: 7
                                          )
                                          )        Honorable Carol A. Doyle
                                          )        Kane
          Debtor(s)                       )

**Order Authorizing Trustee to Employ Attorneys**

   THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been provided; and the Court being fully advised in the premises:

   IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of William R. & Patricia J. Skinner, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: /s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 24, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

Baldi Berg & Wallace
Final Fee Application

William & Patricia Skinner, Debtors
Case No. 12-39774

**Professional Qualifications**

**Exhibit B**

**Baldi Berg & Wallace, Ltd.**

<u>**Elizabeth C. Berg**</u>

      Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

      Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

      Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

      In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg & Wallace, Ltd.**

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace** **William & Patricia Skinner, Debtors**
**Final Fee Application** **Case No. 12-39774**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

July 29, 2013
Invoice No:   02265

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:** *Skinner - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/19/2012 | RKP | Draft motion to employ attorneys (.5); and affidavit (.1); review/edit same (.2); review documents/correspondence re: debtors offer to purchase vehicles (.1); review schedules and case file for information needed to prepare motion to sell (.2); draft motion to sell property (.8); notice to creditors (.3); review and edit same (.2). | 2.40 $195.00/ hr | $468.00 |
| 12/27/2012 | JMM | Drafted Order to Employ Attorneys (.1) and Drafted Order to Sell Property to Debtors (.2) | 0.30 $125.00/ hr | $37.50 |
| 1/24/2013 | ECB | Appear in Court on Motion to Employ Attorneys and Motion to Sell Vehicle (.1) | 0.10 $325.00/ hr | $32.50 |
| 4/25/2013 | JMM | Prepare BBW Fee Application (1.2); Coversheet, proposed order and affidavit (.3); review and edit same (.2) | 1.70 $175.00/ hr | $297.50 |

|  |  |
|---|---|
| Total Fees | $835.50 |
| Total New Charges | $835.50 |
| Previous Balance | $0.00 |

**Baldi Berg & Wallace, Ltd**  7/29/2013

Skinner - General Administration  Page 2

Balance Due $835.50

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.10 | $325.00 |
| Jason M Manola | 0.30 | $125.00 |
| Jason M Manola | 1.70 | $175.00 |
| Ricki K Podorovsky | 2.40 | $195.00 |
| | 4.50 *(handwritten)* | |

**Baldi Berg & Wallace**
**Final Fee Application**

**William & Patricia Skinner, Debtors**
**Case No. 12-39774**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re ) Chapter 7
)
William and Patricia Skinner, ) Case No. 12-39774
)
) Honorable Carol A. Doyle
Debtors. ) (Kane County)

**Rule 2016 Affidavit**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 29 day of July, 2013.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**