# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SKINNER, WILLIAM R | § | Case No. 12-39774 |
| SKINNER, PATRICIA J | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Mr. Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 19 S. Dearborn Street
> 7th Floor
> Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
> 11:15 a.m.
> on September 5, 2013
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                                Clerk of the US Bankruptcy Court


*Elizabeth C. Berg*

*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SKINNER, WILLIAM R § Case No. 12-39774
SKINNER, PATRICIA J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 23.31 |
| leaving a balance on hand of[1] | $ | 3,976.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 835.50 | $ 0.00 | $ 835.50 |
| Other: International Sureties, Ltd. | $ 3.31 | $ 3.31 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,585.50 |
| Remaining Balance | | $ | 2,391.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,078.47  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 14,480.68 | $ 0.00 | $ 540.37 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 750.00 | $ 0.00 | $ 27.99 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 9,766.61 | $ 0.00 | $ 364.46 |
| 000004 | Von Maur | $ 269.14 | $ 0.00 | $ 10.04 |
| 000005 | GE Capital Retail Bank | $ 1,529.77 | $ 0.00 | $ 57.09 |
| 000006 | American Express Centurion Bank | $ 21,001.27 | $ 0.00 | $ 783.69 |
| 000007 | eCAST Settlement Corporation, assignee | $ 5,253.52 | $ 0.00 | $ 196.04 |
| 000008 | eCAST Settlement Corporation, assignee | $ 3,854.81 | $ 0.00 | $ 143.85 |
| 000009 | Portfolio Investments II LLC | $ 3,232.58 | $ 0.00 | $ 120.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Portfolio Investments II LLC | $ 1,341.75 | $ 0.00 | $ 50.07 |
| 000011 | Portfolio Investments II LLC | $ 2,598.34 | $ 0.00 | $ 96.96 |

Total to be paid to timely general unsecured creditors        $            2,391.19

Remaining Balance        $               0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                       Case No. 12-39774-CAD
William R Skinner                                            Chapter 7
Patricia J Skinner
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1         User: tmaurer              Page 1 of 3                   Date Rcvd: Aug 13, 2013
                             Form ID: pdf006            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db/jdb         #+William R Skinner,    Patricia J Skinner,    1447 Georgetown Dr.,    Batavia, IL 60510-1696
19535478       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20056487        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19535481      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19889569        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19535479       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19535480       +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
19535485       +HSBC Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
19535487       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19535488      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
19535490      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
19535489       +Wells Fargo Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
20152381        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20356693        E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:35:27      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20028660        E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:35:28      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19535483       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2013 01:40:38      GEMB / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
19535482       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2013 01:35:14      Gecrb/tydc,    Po Box 965005,
                 Orlando, FL 32896-5005
19535484       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2013 01:40:38      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19894879       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 14 2013 01:21:35
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20181846        E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:40:18      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20356694        E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2013 01:40:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19535486       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2013 01:40:10      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20152382*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 3              Date Rcvd: Aug 13, 2013
                              Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**               **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Aug 13, 2013
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2013 at the address(es) listed below:

```
          Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@fal-illinois.com
          Derrick B Hager    on behalf of Debtor William R Skinner dirkhager@sbcglobal.net
          Derrick B Hager    on behalf of Joint Debtor Patricia J Skinner dirkhager@sbcglobal.net
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```