UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SKINNER, WILLIAM R | § | Case No. 12-39774 |
| SKINNER, PATRICIA J | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on               . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Dealer Srvs Po Box 3569 Rancho Cucamonga, CA 91729 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gecrb/tydc Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | HSBC Best Buy PO Box 17298 Baltimore, MD 21297 | | | | | |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sears/cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000009 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000010 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000011 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | VON MAUR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SKINNER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-39774 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|---|
| Case Name: | SKINNER, WILLIAM R | | | | Date Filed (f) or Converted (c): | 10/05/12 (f) |
| | SKINNER, PATRICIA J | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 11/12/13 | | | | Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>1447 Georgetown Drive, Batavia, IL 60510 | 217,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash<br>Cash on hand | 7.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account<br>Old Second Bank - Checking | 224.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account<br>Old Second - Savings | 1,060.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>Typical household furniture, appliaces & electronics; 1 year old refrigerator & dish washer; 10 month old personal computer | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel<br>necessary wearing apparel, wedding bands, engagement ring | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry<br>80 year old mink collar coat, gold & diamond rings, string of pearls, misc custume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. Firearms, Sport, Photo & Hobby Eqpt<br>tread mill, health rider | 200.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 12-39774   Doc 45   Filed 11/13/13   Entered 11/13/13 11:22:27   Desc Main
Document      Page 10 of 15

FORM 1 - SKINNER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-39774 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SKINNER, WILLIAM R | | | | Date Filed (f) or Converted (c): | 10/05/12 (f) |
| | SKINNER, PATRICIA J | | | | 341(a) Meeting Date: | 11/19/12 |
| | | | | | Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Pension, Retirement, Profit Sharing  Pershing Advisor Solutions Rollover IRA - Wife | 90,143.00 | 0.00 | | 0.00 | FA |
| 10. Pension, Retirement, Profit Sharing  Pershing Advisor Solutions IRA - Husband | 20,777.00 | 0.00 | | 0.00 | FA |
| 11. Tax Refund  2012 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles  2007 Ford Fusion, 41,000 miles | 8,175.00 | 4,000.00 | | 4,000.00 | FA |
| 13. Vehicles  2008 Lincoln MKZ, 16,000 miles | 16,900.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $360,486.00 | $4,000.00 | | $4,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee requested a CarMax appraisal on Debtors' 2007 Ford Fusion. The CarMax appraisal valued the car at $7500.
Debtor's claimed a $1500 exemption in vehicle and had unused exemptions in the amount of $2000. Trustee negotiated with
Debtors to sell the vehicle back to the debtors for a lump sum payment of $4000. Trustee reviewed claims and prepared
her final report. Final Report was approved in August 2013 and Trustee distributed funds to creditors. Trustee is in the

**FORM 1 - SKINNER**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-39774 CAD Judge: CAROL A. DOYLE | Trustee Name: Elizabeth C. Berg |
| Case Name: | SKINNER, WILLIAM R | Date Filed (f) or Converted (c): 10/05/12 (f) |
| | SKINNER, PATRICIA J | 341(a) Meeting Date: 11/19/12 |
| | | Claims Bar Date: 03/18/13 |

process of preparing her distribution report and the case will close thereafter.

Initial Projected Date of Final Report (TFR): 08/30/13     Current Projected Date of Final Report (TFR): 08/30/13

/s/     Elizabeth C. Berg
_____ Date: 11/12/13
    ELIZABETH C. BERG

FORM 2 - SKINNER

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-39774 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | SKINNER, WILLIAM R | Bank Name: | Congressional Bank |
| | SKINNER, PATRICIA J | Account Number / CD #: | *******9454 Checking Account |
| Taxpayer ID No: | *******4855 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/12 | 12 | Fifth Third Bank<br>Lexington, Kentucky<br>For William & Patricia Skinner | Buyout Debtor's Vehicles | 1129-000 | 4,000.00 | | 4,000.00 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 3.31 | 3,996.69 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,986.69 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 10.00 | 3,976.69 |
| 09/06/13 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | TR Final Compensation | 2100-000 | | 750.00 | 3,226.69 |
| 09/06/13 | 001003 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Atty Final Comp | 3110-000 | | 835.50 | 2,391.19 |

Page Subtotals  4,000.00  1,608.81

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 - PAGE 14

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-39774 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | SKINNER, WILLIAM R | | Bank Name: | Congressional Bank |
| | SKINNER, PATRICIA J | | Account Number / CD #: | *******9454 Checking Account |
| Taxpayer ID No: | *******4855 | | | |
| For Period Ending: | 11/12/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/06/13 | 001004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 3.73166% | 7100-000 | | 540.37 | 1,850.82 |
| 09/06/13 | 001005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 3.73200% | 7100-000 | | 27.99 | 1,822.83 |
| 09/06/13 | 001006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 3.73169% | 7100-000 | | 364.46 | 1,458.37 |
| 09/06/13 | 001007 | Von Maur<br>Attn: Credit Dept<br>6565 Brady St.<br>Davenport, IA 52806 | Claim 000004, Payment 3.73040% | 7100-000 | | 10.04 | 1,448.33 |
| 09/06/13 | 001008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.73193% | 7100-000 | | 57.09 | 1,391.24 |
| 09/06/13 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000006, Payment 3.73163% | 7100-000 | | 783.69 | 607.55 |
| | | | Page Subtotals | | 0.00 | 1,783.64 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 - PAGE 14

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-39774 -CAD
Case Name: SKINNER, WILLIAM R
SKINNER, PATRICIA J
Taxpayer ID No: *******4855
For Period Ending: 11/12/13

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******9454 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |
| 09/06/13 | 001010 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000007, Payment 3.73159% | 7100-000 | | 196.04 | 411.51 |
| 09/06/13 | 001011 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000008, Payment 3.73170% | 7100-000 | | 143.85 | 267.66 |
| 09/06/13 | 001012 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000009, Payment 3.73169% | 7100-000 | | 120.63 | 147.03 |
| 09/06/13 | 001013 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000010, Payment 3.73169% | 7100-000 | | 50.07 | 96.96 |
| 09/06/13 | 001014 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000011, Payment 3.73161% | 7100-000 | | 96.96 | 0.00 |

Page Subtotals 0.00 607.55

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2 - PAGE 4

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-39774 -CAD | |
| Case Name: | SKINNER, WILLIAM R | |
| | SKINNER, PATRICIA J | |
| Taxpayer ID No: | *******4855 | |
| For Period Ending: | 11/12/13 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******9454  Checking Account | |
| Blanket Bond (per case limit): | $ 100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 4,000.00 | 4,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 4,000.00 | 4,000.00 | |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account - ********9454 | 4,000.00 | 4,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 4,000.00 | 4,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*